

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Ben Kuruvilla
*Special Federal Litigation*
(212) 356-3513
(212) 788-9776 (fax)
bkuruvil@law.nyc.gov

March 11, 2015

**Via ECF**
Hon. Margo K. Brodie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Brian Hamilton v. The City of New York, et al.,
                14-cv-4819 (MKB)(JO)

Dear Judge Brodie:

      I represent the defendants in this matter. This case has settled. Please find enclosed an executed Stipulation and Order of Dismissal, which is being submitted for the Court's endorsement. The parties respectfully request that all further conferences in this matter be adjourned.

      I thank the Court for its time and consideration of this request.

                                        Respectfully submitted,

                                        Ben Kuruvilla

cc:    Magistrate Judge James Orenstein (ECF)

        Michael Lumer, Esq. (ECF)
        *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

BRIAN HAMILTON,

                                                  Plaintiff,

-against-

THE CITY OF NEW YORK, CHRISTOPHER SCHILLING
and EVAGELOS DIMITRAKAKIS,

                                                  Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-cv-4819 (MKB) (JO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

LUMER & NEVILLE
*Attorneys for Plaintiff*
225 Broadway, Suite 2700
New York, NY 10007
212-566-5060

By: _____ 3/9/15
Michael Lumer
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City, Schilling and
   Dimitrakakis*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Ben N. Kuruvilla
*Senior Counsel*

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015

2