UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

BRIAN HAMILTON,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, CHRISTOPHER SCHILLING
and EVAGELOS DIMITRAKAKIS,

                              Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-cv-4819 (MKB) (JO)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

| | |
|---|---|
| LUMER & NEVILLE<br>*Attorneys for Plaintiff*<br>225 Broadway, Suite 2700<br>New York, NY 10007<br>212-566-5060<br><br>By: _____ 3/9/15<br>Michael Lumer<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Schilling and*<br>  *Dimitrakakis*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Ben N. Kuruvilla<br>*Senior Counsel* |

SO ORDERED:
s/ MKB 3/11/2015

_____
MARGO K. BRODIE
United States District Judge